# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT CHRISTOPHER ADAMS, #K67019, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-37-NJR ) |
| SHAWNEE CORRECTIONAL CENTER WARDEN, JOHN DOE 1, JOHN DOE 2, and JEFF DENNISON, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

**ROSENSTENGEL, Chief Judge:**

Plaintiff Robert Christopher Adams filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 11, 2019. Plaintiff's Third Amended Complaint (Doc. 17) survived screening pursuant to 28 U.S.C. § 1915A, and he was allowed to proceed with claims against three unknown defendants, including Warden Doe, John Doe 1, and John Doe 2. (Doc. 18). Warden Jeff Dennison was added as a defendant for the sole purpose of responding to discovery aimed at identifying the unknown defendants. (*Id.* at p. 5).

Pursuant to the Initial Scheduling Order entered July 30, 2019, Plaintiff was required to identify the unknown defendants by filing a motion for substitution of defendants on or before September 27, 2019. (Doc. 23, p. 2). He was warned that his failure to do so would result in dismissal of the John Doe Defendants and this case as a whole for failure to prosecute. (*Id.*) (citing FED. R. CIV. P. 41(b)). When Plaintiff missed the deadline, the Court ordered him to show cause on or before October 20, 2019, why this case should not be dismissed as a whole for failure to

comply with a court order (Doc. 23) and to prosecute his claims. (Doc. 46). He was again warned that failure to respond to the order would result in dismissal of the case. (*Id.*).

The deadline for responding to the show cause order has passed. Plaintiff has not responded to it. He has instead filed a motion seeking reconsideration of numerous motions that were denied, stricken, or dismissed. (Doc. 47). None of these motions identifies the unknown defendants or satisfies the show cause order. Plaintiff's motion shall therefore be denied, and this entire case dismissed. *See* FED. R. CIV. P. 41(b).

Accordingly, Plaintiff's Motion to Clarify and Request that All Former Motions Be Reconsidered (Doc. 47) is **DENIED**. This action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow the Court's Orders (Doc. 23 and 46) and prosecute his claims. Furthermore, despite the dismissal, Plaintiff remains obligated to pay the filing fee for this action. (*See* Doc. 11). The Clerk of Court is **DIRECTED** to enter judgment accordingly and **CLOSE** this case.

**IT IS SO ORDERED.**

**DATED: October 28, 2019**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**