IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT CHRISTOPHER ADAMS,

    Plaintiff,

v.

WARDEN SHAWNEE CC, JOHN DOE #1, JEFF DENNISON, and SHANE HILEMAN,

    Defendants.

Case No. 19-cv-37-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

    This matter is before the Court on Plaintiff's motion to substitute (Doc. 75) and motion for leave to file an Amended Complaint (Doc. 77). Plaintiff was instructed to identify John Doe #1 and Warden Shawnee CC. On December 11, 2019, he filed a motion to substitute (Doc. 70), which the Court denied as it was not clear what party Plaintiff sought to substitute. Plaintiff was directed to clarify his motion (Doc. 72).

    Now pending before the Court is Plaintiff's motion to substitute (Doc. 75) in which he makes clear that he wishes to substitute Shane Hileman for both John Does. The Court **GRANTS** the motion and **SUBSTITUTES** Shane Hileman for the John Does. John Doe #1 and Warden are **DISMISSED without prejudice**. As Jeff Dennison was added to the case solely for the purposes of identifying the John Does, he is also **DISMISSED without prejudice**.

    Plaintiff also has submitted a proposed Amended Complaint to the Court but has not filed a formal motion. The proposed Amended Complaint is a single page and does

not meet the requirements of SDIL Local Rule 15.1. When the proposed pleading is submitted to the Court for review, "[a]ll new material in the amended pleading must be underlined." SDIL Local Rule 15.1. The proposed Amended Complaint does not have any new material underlined and appears only to clarify that Shane Hileman is the sole defendant. As Hileman has already been substituted for the remaining defendants in the case, the Court **DENIES** the motion to amend.

**IT IS SO ORDERED.**

**DATED:   January 15, 2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**